1  SEYFARTH SHAW LLP
   Mark P. Grajski (SBN 178050)
2  mgrajski@seyfarth.com
   Lindsay Fitch (SBN 238227)
3  lfitch@seyfarth.com
   Courtney K. Bohl (SBN 278812)
4  cbohl@seyfarth.com
   400 Capitol Mall, Suite 2350
5  Sacramento, California 95814-4428
   Telephone:    (916) 448-0159
6  Facsimile:    (916) 558-4839

7  Attorneys for Defendants
   COSTCO WHOLESALE CORPORATION and RON
8  DAMATO

9  LAW OFFICES OF MARK J. ALEXANDER
   Mark J. Alexander (SBN 184265)
10 1500 J Street, Second Floor
   Modesto, California 95354
11 Telephone:    (209) 577-1646
   Facsimile:    (209) 577-1647
12
   Attorney for Plaintiff
13 FRED ZEPEDA

14

15
                    UNITED STATES DISTRICT COURT
16
                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
17

18

19 | FRED ZEPEDA,                                  | Case No. 3:14-cv-00250-RS
   |                                               |
20 |            Plaintiff,                         | **JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER**
   |     v.                                       |
21 |                                               |
   | COSTCO WHOLESALE CORPORATION, RON             |
22 | DAMATO and DOES 1-50, inclusive,              |
   |                                               |
23 |            Defendants.                        |

24

25

26

27

28
                                       1

1
2    It is hereby stipulated by and between Plaintiff Fred Zepeda ("Plaintiff"), Defendants Costco
3  Wholesale Corporation and Ron Damato ("Defendants"), through their respective counsel of record,
4  that, the above-captioned matter (Plaintiff's entire Complaint and all causes of action contained therein)
5  shall be dismissed, WITH PREJUDICE, as to all Defendants pursuant to Federal Rule of Civil
6  Procedure 41(a)(1).  Each party shall bear its own fees and costs in connection with this action.
7
8  DATED: November 12, 2014                    Respectfully submitted,

    SEYFARTH SHAW LLP


    By: /s/ Courtney K. Bohl
        Mark P. Grajski
        Lindsay S. Fitch
        Courtney K. Bohl

    Attorneys for Defendants
    COSTCO WHOLESALE CORPORATION and
    RON DAMATO

DATED: November 12, 2014                    Respectfully submitted,

    LAW OFFICES OF MARK J. ALEXANDER


    By: /s/ Mark J. Alexander
        Mark J. Alexander

    Attorneys for Plaintiff
    FRED ZEPEDA

### ATTESTATION PURSUANT TO LOCAL RULE 5-1(i)(3)

I, Courtney K. Bohl, attest that concurrence in the filing of this document has been obtained from signatory Mark J. Alexander.

Executed this 12th day of November, 2014 in Sacramento, California.

            By /s/ Courtney K. Bohl           .
               Courtney . Bohl

2

## **ORDER**

PURSUAL TO STIPULATION, IT IS SO ORDERED.

DATED: 11/13/14

_____
Hon. Richard Seeborg
United States District Court Judge

18519139v.1

JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER
CASE NO. 3:14-CV-00250-RS